

1  Joshua B. Swigart (SBN 225557)            Daniel G. Shay (SBN 250548)
2  Josh@SwigartLawGroup.com                 DanielShay@TCPAFDCPA.com
   **SWIGART LAW GROUP, APC**               **LAW OFFICE OF DANIEL G. SHAY**
3  2221 Camino del Rio S, Ste 308           2221 Camino del Rio S, Ste 308
   San Diego, CA  92108                     San Diego, CA  92108
4  P: 866-219-3343                          P: 619-222-7429
5  F: 866-219-8344                          F: 866-431-3292

6  *Attorneys for Plaintiff*

7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12  GREGORY MOORE, JR, individually    )  CASE No: 3:22-cv-02023-L-MSB
    and on behalf of all others similarly )
13  situated,                          )  NOTICE OF VOLUNTARY
                                       )  DISMISSAL WITHOUT PREJUDICE
14              Plaintiff,             )  PURSUANT TO FED. R. CIV. P.
                                       )  41(a)(1)(A)(i)
15  vs.                                )
                                       )
16                                     )
                                       )
17  PROGRESSIVE CASUALTY              )
18  INSURANCE COMPANY,                 )
                                       )
19              Defendant.             )
                                       )

20

21

22

23

24

25

26

27

28

                                    1

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gregory Moore, Jr ("Plaintiff") voluntarily dismisses this action against Defendant Progressive Casualty Insurance Company ("Defendant") without prejudice.

Respectfully submitted,

Date:  February 23, 2023           LAW OFFICE OF DANIEL G. SHAY

                          By:   s/ Daniel G. Shay
                                Daniel G. Shay, Esq.
                                DanielShay@TCPAFDCPA.com
                                Attorney for Plaintiff